**John Barron, a Minor by Daniel J. Barron, His Father and Next Friend, Plaintiff-Appellant, v. Mrs. Gertrude Bovar, Administratrix of the Estate of David Bovar, Deceased, Defendant-Appellee.**

**Gen. No. 48,448.**

First District, Second Division.

December 5, 1961.

Querrey, Harrow, Gulanick & Kennedy, of Chicago (John F. Skeffington, of counsel), for appellant; Pretzel, Stouffer, Nolan & Rooney, of Chicago (Robert A. Sprecher, of counsel), for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.